| | |
|---|---|
| **STATE OF INDIANA** | ) IN THE MARION COUNTY SUPERIOR COURT |
| | )ss:  **CIVIL DIVISION** |
| **COUNTY OF MARION** | )  CAUSE NO: |

| | |
|---|---|
| **KEISHA BONNER WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **vs.** | ) |
| | ) |
| **WAL-MART STORES EAST, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT FOR DAMAGES

Comes now Plaintiff, Keisha Bonner White, by counsel, and for her cause of action against Defendant Wal-Mart Stores East, Inc. states as follows:

1.    Plaintiff Keisha Bonner White (hereinafter, Bonner White) is a resident of Marion County, State of Indiana.

2.    Defendant Wal-Mart Stores East, Inc. (hereinafter, Wal-Mart) is a business incorporated in the State of Delaware which owns, operates, manages and/or maintains the premises and retail store located at 10735 Pendleton Pike, Indianapolis, Marion County, State of Indiana.

3.    On January 12, 2019 Plaintiff Bonner White was a guest/invitee of the Defendant at said premises and retail store.

4.    On said date and time, Plaintiff Bonner White exited the store and walked on the sidewalk and parking lot of the premises and retail store after shopping for merchandise.

5.    Suddenly and without warning Plaintiff Bonner White fell on the accumulated slush, snow and ice on the sidewalk and parking lot.

6.    The sole, direct and proximate cause of the incident was due to the negligence of the Defendant in one or more of the following respects:

a.      Failure to keep the entry/exit (sidewalk and parking lot) way in a reasonably safe condition;

b.      Failure to warn patrons of the unsafe condition of the entry/exit (sidewalk and parking lot) way;

c.      Failure to exercise reasonable care and diligence in the design, operation and maintenance of the entry/exit (sidewalk and parking lot) way;

d.      Failure to provide adequate lighting; and

e.      Failure to properly design a safe entry/exit (sidewalk and parking lot) way for guests and invitees.

7.      As a direct and proximate result of Defendant's negligence, Plaintiff Bonner White sustained personal injuries.

**WHEREFORE**, Plaintiff Keisha Bonner White prays for judgment against the Defendant in an amount sufficient to fairly and adequately compensate her for her damages, and for trial by jury, and all other just and proper relief in the premises.

Respectfully submitted,

**GLASER & EBBS**
**/s/ Stacy L. Kelley**
**STACY L. KELLEY**
**Attorney for Plaintiff**