UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEISHA BONNER WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-01194-DML-JMS |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

## Order on Plaintiff's Motion to Remand

Plaintiff Keisha Bonner White moves to remand this action to the Marion Superior Court on the ground that her damages are not in excess of $75,000, exclusive of interest and costs, as required for this court to exercise diversity jurisdiction under 28 U.S.C. § 1332. The defendant has not opposed her motion. Based on the plaintiff's stipulation that her damages do not exceed $75,000, exclusive of interest and costs, the court GRANTS her motion (Dkt. 17) to remand.

This civil action is hereby REMANDED to the Marion Superior Court.

So ORDERED.

Dated: June 30, 2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system